IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| In the Matter of:<br>Shatavia Lively<br>P O Box 5485<br>Augusta, GA 30916<br><br>Debtor | ) Chapter 13<br>)<br>) Case No: 18-10093-SDB<br>) |

**TRUSTEE'S OBJECTION TO MOTION FOR APPROVAL OF SETTLEMENT OF PERSONAL INJURY CLAIM**

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and files this objection to Motion for Approval of Settlement of Personal Injury Claim:

Debtor has filed a Motion to Approve Settlement. (Doc#56). Debtor seeks leave of Court to settle a personal injury lawsuit for the gross sum of $17,500 and the net settlement of $9,157.12. Id. The Trustee has no objection to the amount of the proposed settlement. However, Debtor has not disclosed and exempted the net settlement. For this reason, the Trustee objects to Debtor's motion.

WHEREFORE, the Trustee respectfully prays that she be heard at the hearing on Debtor's Motion to Approve Settlement.

This 6th day of March 2019.

/s/ Brent Myer
_____
Brent Myer, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 435191

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of this Objection have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 6th day of March 2019.

Seymour & Associates, Attorney At Law, 101 B Rossmore Pl, Augusta, GA 30909

M. Austin Jackson, Jackson Law Office, 531 James Brown Blvd, Augusta, GA 30901

/s/ Yvonne Ogbuefi
_____
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127